UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:14-CV-862-D

MYRA D. WIGGINS,                )
                                )
    PLAINTIFF,              )
                                )
        Vs.                 )
                                )
PLANET HOME LENDING, LLC,       )       ORDER GRANTING
FORMERLY KNOWN AS GREEN         )   DEFENDANTS' MOTION TO STAY RULE
PLANET SERVICES, LLC;           )   26(f) CONFERENCE AND DISCOVERY
THOMAS O'CONNELL, V.P.;         )
PHILIP A. GLASS AND             )
THEODORE A. NODELL, JR.,        )
SUBSTITUTE TRUSTEES,            )
                                )
    DEFENDANTS.             )

THIS CAUSE coming on to be heard and being heard before the Honorable James C. Dever III on the Motion of Defendants, Planet Home Lending, LLC formerly known as Green Planet Servicing, LLC (herein "Planet Home"), Thomas O'Connell, Philip A. Glass, Theodore A. Nodell, Charlee Eades, and Lenny Cicero (herein collectively "Defendants"), for an Order granting Defendants' Motion to Stay Rule 26(f) Conference and Discovery. Based on Defendants' Motion to Stay, the Court has determined that efficiency of judicial resources, including time and effort for itself, for counsel, and the litigants would be served by staying all applicable deadlines found in the Order for Discovery Plan and Rule 26(f).

IT IS THEREFORE ORDERED that the parties obligation to

1

serve pre-discovery disclosures, meet and confer pursuant to Rule 26(f) by January 23, 2015, or file a discovery plan is stayed until the Court rules on the motions to dismiss filed in this case. In the event this Court denies the motions to dismiss a new deadline for the pre-discovery disclosures, Rule 26(f) conference, and related deadlines will be established.

This the **23** day of January, 2015.

JAMES C. DEVER III
Chief United States District Judge