UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MYRA D. WIGGINS,                          )
                                          )
                    Plaintiff,            )
                                          )
v.                                        )        **JUDGMENT**
                                          )        No. 5:14-CV-862-D
                                          )
PLANET HOME LENDING, LLC,                 )
*f/k/a Green Planet Services, LLC*., Thomas )
O'Connell, *V.P.*, Philip A. Glass, *sub* )
*trustee*, and Theodore A. Nodell, Jr., *sub* )
*trustee*,                                )
                                          )
                    Defendants.           )


**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief  United States District Judge, for
ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion
to dismiss [D.E. 17], DISMISSES plaintiff's complaint without prejudice, and DENIES plaintiff's
motion to file an amended complaint [D.E. 23] as futile.

**This Judgment Filed and Entered on June 29, 2015, and Copies To:**
Myra D. Wiggins                  (via US Mail, 167 Percheron Dr., Zebulon, NC 27597)
John T. Benjamin, Jr.            (via CM/ECF electronic notification)
James R. White                   (via CM/ECF electronic notification)
Robert Armstrong                 (via CM/ECF electronic notification)


DATE                             **JULIE RICHARDS JOHNSTON, CLERK**
June 29, 2015                    By:     /s/ Courtney O'Brien_____
                                         Deputy Clerk